Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Brandon Weldy

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BRANDON WELDY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00603-KJM-KJN<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Brandon Weldy and defendant USAA Savings Bank ("USAA SB"), that Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action against USAA SB with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  February 8, 2019        **SAGARIA LAW, P.C.**

By:     */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Brandon Weldy

DATED:  February 8, 2019        **DKM LAW GROUP**

By:     */s/ Joshua Kastan*
Joshua Kastan
Attorneys for Defendant
USAA Savings Bank

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE